# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** DSCC, et al.

**v.**

Donald Trump, et al.

**Case No:** 26-5193

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ◉ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

STATE OF MISSOURI

### Counsel Information

Lead Counsel: Louis J. Capozzi, III

Direct Phone: ( 573 )  645-9662  Fax: ( 314 )  340-7981  Email: Louis.Capozzi@ago.mo.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: Office of Missouri Attorney General

Firm Address: 815 Olive Street, Suite #200, St. Louis, Missouri 63101

Firm Phone: ( 314 )  340-6816  Fax: ( ___ ) ___-___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.