# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5193**                                    **September Term, 2025**

**1:26-cv-01114-CJN**

**Filed On:**  June 5, 2026

DSCC, et al.,

      Appellants

League of United Latin American Citizens, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

      Appellees


**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

### O R D E R

Upon consideration of the motion to expedite and the supplement, it is

**ORDERED** that any responses to the motion be filed by noon on Saturday, June 6, 2026.  Any reply is due by 10:00 a.m. on Monday, June 8, 2026.


### Per Curiam


           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:    /s/
           Selena R. Gancasz
           Deputy Clerk