# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5193**                    **September Term, 2025**

**1:26-cv-01114-CJN**

**Filed On:** June 11, 2026

DSCC, et al.,

      Appellants

League of United Latin American Citizens, et al.,

      Appellees

   v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

      Appellees

**BEFORE:**    Millett, Wilkins, and Katsas*, Circuit Judges

### O R D E R

Upon consideration of the motion to expedite and supplement, the response thereto, and the reply, it is

**ORDERED** that the appeal be expedited.  The following briefing schedule will apply:

| | |
|---|---|
| Appellants' Brief | June 17, 2026 |
| Appendix | June 17, 2026 |
| Government Appellees' Brief | June 29, 2026 |
| State Appellees' Brief | June 29, 2026 |
| Appellants' Reply Brief | July 6, 2026 |

* Circuit Judge Katsas would deny the motion to expedite.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5193**                     **September Term, 2025**


The parties are directed to hand-deliver paper copies of their submissions to the Clerk's Office by 4:00 p.m. on the date due.  It is

**FURTHER ORDERED** that any oral argument be scheduled before this panel. The parties will be informed later of the date of any oral argument.

Appellants should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).


**Per Curiam**


                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/
                              Selena R. Gancasz
                              Deputy Clerk