# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DSCC, also known as the DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, *et al*., | ) ) ) ) | |
| Plaintiffs-Appellants, | ) ) ) | Case No. 26-5193 |
| v. | ) ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., | ) ) ) | |
| Defendants-Appellees. | ) ) | |

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF IN SUPPORT OF APPELLANTS AND REVERSAL

The Society for the Rule of Law and Democracy, Inc., doing business as The Society for the Rule of Law ("SRL") intends to file an amicus brief in support of Appellants and reversal in the above captioned appeal, and hereby provides notice of that intent pursuant to Circuit Rule 29(b). All parties have consented to the filing of that brief.

June 11, 2026

Respectfully Submitted,

*/s/ Richard D. Bernstein*

Richard D. Bernstein (D.C. Cir. No. 39655)
1875 K Street NW, Suite 100
Washington, DC 20006
(301) 775-2064
rbernsteinlaw@gmail.com
Counsel for *Amicus Curiae*

## DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1(a), *Amicus* The Society for the Rule of Law and Democracy, Inc., doing business as The Society for the Rule of Law ("SRL"), has no parent corporation, and there are no publicly held corporations that own more than 10% of its stock.

Dated June 11, 2026                                    Respectfully Submitted,

                                                       */s/ Richard D. Bernstein*

                                                       Richard D. Bernstein
                                                       Attorney for *Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2026, I electronically filed the original of the foregoing document with the clerk of this Court by using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

June 11, 2026                                              */s/ Richard D. Bernstein*