**Case No. 26-5193**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DSCC, *et al.*,
*Plaintiffs-Appellants,*

v.

Donald J. Trump, in his official capacity as President of the United States,
*et al.*,
*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of Columbia*
*Case No. 1:26-cv-01114*
*The Honorable Carl J. Nichols, District Judge*

## NOTICE OF INTENT TO FILE BRIEF OF BIPARTISAN FORMER GOVERNORS AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS

Julia Spiegel
Emily Kirby
Charanya Krishnaswami
Inbar Pe'er[*]
GOVERNORS ACTION ALLIANCE
2300 North Street, NW, Suite 501A
Washington, D.C. 20037
Telephone: (301) 450-3151

Allegra Chapman
Andrew J. Rising
Carlos Guevara
GOVERNORS SAFEGUARDING DEMOCRACY
2300 North Street, NW, Suite 501A
Washington, D.C. 20037
Telephone: (213) 933-2126

Carey R. Dunne
Kevin Trowel
Mónica Folch
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION
GROUP, INC.
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

---

[*] *Bar admission pending*

**NOTICE OF INTENT**

Pursuant to District of Columbia Circuit Rule 29(b) and Section IX(A)(4) of the Court's *Handbook of Practice and Internal Procedures*, bipartisan former governors Neil Abercrombie, Jerry Brown, Steve Bullock, Arne Carlson, Chet Culver, Mark Dayton, Parris Glendening, Jennifer Granholm, Bill Graves, Christine Gregoire, John Kitzhaber, Gary Locke, Jack Markell, Terry McAuliffe, Martin O'Malley, Deval Patrick, Pat Quinn, Marc Racicot, Kathleen Sebelius, Steve Sisolak, Eliot Spitzer, Tom Vilsack, Bill Weld, Christine Todd Whitman, and Tom Wolf hereby notify the Court of their intent to file an *amicus curiae* brief in this case in support of Appellants. All parties have consented to the filing of this brief.

DATED: June 15, 2026

Julia Spiegel
Emily Kirby
Charanya Krishnaswami
Inbar Pe'er[*]
GOVERNORS ACTION ALLIANCE
2300 N. St., NW, Suite 501A
Washington, D.C. 20037

Allegra Chapman
Andrew J. Rising
Carlos Guevara
GOVERNORS SAFEGUARDING
DEMOCRACY
2300 N. St., NW, Suite 501A
Washington, D.C. 20037

*/s/ Mónica Folch*
Mónica Folch
  *Counsel of Record*
Carey R. Dunne
Kevin Trowel
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018

*Counsel for Bipartisan Former Governors*

---

[*] *Bar admission pending*

# CERTIFICATE OF SERVICE

I, Mónica Folch, hereby certify that on June 15, 2026, I electronically filed the foregoing Notice of Intent with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

DATED: June 15, 2026

*/s/ Mónica Folch*
Mónica Folch