IN THE

# United States Court of Appeals for the District of Columbia Circuit

DSCC, et al.,

*Plaintiffs-Appellants*,

v.

DONALD J. TRUMP, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:26-cv-0114
Hon. Carl J. Nichols

**NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF OF STATE AND LOCAL ELECTION OFFICIALS, LOCAL GOVERNMENTS, AND ELECTION EXPERTS IN SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL OF THE DISTRICT COURT'S ORDER**

SAMANTHA P. BATEMAN
KYLE R. FREENY*
ROSA L. BAUM*
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
sbateman@washingtonlitigationgroup.org

ALEX GOLDSTEIN
JONATHAN MILLER
MARICA WRIGHT
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
(510) 738-6788
alex.goldstein@publicrightsproject.org

*Motion for admission forthcoming*

**NOTICE OF INTENT**

Pursuant to Section IX(A)(4) of the Court's *Handbook of Practice and Internal Procedures*, a coalition of local election officials, local governments, and election experts hereby notify the Court of their intent to file an *amicus curiae* brief in this case in support of Appellants. Counsel certify that the *amicus* brief will contain arguments distinct from and complementary to Appellants' opening brief. All parties have consented to the filing of this brief.

DATED: June 17, 2026

Respectfully submitted,

/s/Alex Goldstein
Attorney for *Amici Curiae*

SAMANTHA P. BATEMAN
KYLE R. FREENY*
ROSA L. BAUM*
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
sbateman@washingtonlitigationgroup.org

JONATHAN MILLER
ALEX GOLDSTEIN
MARICA WRIGHT
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
(510) 738-6788
jonathan.miller@publicrightsproject.org

*Motion for admission forthcoming

## CERTIFICATE OF SERVICE

I, Alex Goldstein, hereby certify that on June 17, 2026, I electronically filed the foregoing Notice of Intent with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.


DATED: June 17, 2026

/s/Alex Goldstein
Alex Goldstein
Attorney for *Amici Curiae*