# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5193

2. DATE DOCKETED: 06-04-2026

3. CASE NAME (lead parties only) DSCC     v. TRUMP

4. TYPE OF CASE: ☒ District Ct - ◉ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ◉ Yes  ○ No
   If YES, cite statute  28 U.S.C. § 1657(a)

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:26-cv-01114         Bankruptcy _____               Tax _____
      Criminal _____               Adversary _____
      Miscellaneous _____          Ancillary _____

   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Carl J. Nichols                          Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 05-28-2026      e. Date notice of appeal filed: 06-01-2026
   f. Has any other notice of appeal been filed in this case?    ○ Yes  ◉ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ◉ Yes  ○ No    If YES, date filed: 05-01-2026
      If YES, identify motion Motion to Dismiss
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ◉ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes  ○ No If YES, give each case's court and case name, and docket number:
      LULAC v. EOP, No. 26-cv-01132-CJN (D.D.C.) and NAACP v. Trump, No. 26-cv-01151-CJN (D.D.C.) (all consolidated)
   k. Does this case turn on validity or correct interpretation or application of a statute?    ◉ Yes  ○ No
      If YES, give popular name and citation of statute The Privacy Act, 5 U.S.C. § 552a

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ◉ No    If so, provide program name and participation dates

Signature /s/ Lalitha D. Madduri                     Date 06-17-2026
Name of Party DSCC, DCCC, DNC, DGA, Leader Schumer, Leader Jeffries
Name of Counsel for Appellant/Petitioner Lalitha D. Madduri
Address 250 Massachusetts Ave NW, Suite 400, Washington, DC 20001
Phone ( 202 ) 968-1135      Fax ( 202 ) 968-4498

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lalitha D. Madduri
Lalitha D. Madduri