No. 26-5193

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

DSCC, *ET AL.*,

*Plaintiffs-Appellants*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *ET AL.*,

*Defendants-Appellees*.

On Appeal from the
United States District Court for the District of Columbia
Case No. 1:26-cv-01114
Hon. Carl J. Nichols

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

As required by Circuit Rules 27(a)(4) and 28(a)(1), undersigned counsel for

Plaintiffs-Appellants hereby provides the following information:

**I.    Parties and Amici Appearing Below**

**Plaintiffs-Appellants**:

- Democratic Senatorial Campaign Committee (DSCC)

- Democratic Congressional Campaign Committee (DCCC)

- Democratic National Committee (DNC)

- Democratic Governors Association (DGA)

- Senate Minority Leader Charles E. Schumer

- House Minority Leader Hakeem S. Jeffries

No parent company or publicly held company holds a 10% or greater ownership interest in any Plaintiff-Appellant.

**<u>Defendants-Appellees</u>**:

- Donald J. Trump, in his official capacity as President of the United States

- Executive Office of the President

- United States Department of Justice

- United States Postal Service

- United States Department of Homeland Security

- United States Citizenship and Immigration Services

- Social Security Administration

- United States Department of Commerce

- Todd Blanche, in his official capacity as Acting United States Attorney General

- David Steiner, in his official capacity as United States Postmaster General

- Markwayne Mullin, in his official capacity as Secretary of Homeland Security

- Joseph B. Edlow, in his official capacity as Director of the United States Citizenship and Immigration Services

- Frank J. Bisignano, in his official capacity as Commissioner of the Social Security Administration

- Howard Lutnick, in his official capacity as Secretary of the Department of Commerce

**<u>Intervenor-Defendants</u>**:

- State of Missouri
- State of Alabama
- State of Florida
- State of Indiana
- State of Kansas
- State of Louisiana
- State of Montana
- State of Nebraska
- State of Oklahoma
- State of South Carolina
- State of South Dakota
- State of Texas

**<u>Additional Plaintiffs Below</u>**:

- League of United Latin American Citizens
- Secure Families Initiative
- Arizona Students' Association
- National Association for the Advancement of Colored People (NAACP)
- Common Cause
- Common Cause Education Fund
- Black Voters Matter Fund, Inc.
- BVM Capacity Building Institute, Inc.

**<u>Additional Defendants Below</u>:**

- Amber F. McReynolds, in her official capacity as Chair of the Board of Governors of the United States Postal Service

- Board Of Governors of the United States Postal Service

- Daniel M. Tangherlini, in his official capacity as Member of the Board of Governors of the United States Postal Service

- Derek Kan, in his official capacity as Vice Chairman of the Board of Governors of the United States Postal Service

- Ronald A. Stroman, in his official capacity as Member of the Board of Governors of the United States Postal Service

**Amici**:

- Society for the Rule of Law
- Wisconsin Democracy Campaign
- Expo of Wisconsin, Inc.
- Jaleyce Oraedu
- Jasmine Oraedu

- Aharon Shelef
- America's Future
- Citizens United
- Federation for American Immigration Reform

## II. Ruling Under Review

The ruling under review in this case is the May 28, 2026 order of United States District Court Judge Carl J. Nichols denying Plaintiffs-Appellants' motion to preliminary enjoin Defendants from implementing Sections 2(a) and 3(b) of Executive Order 14399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, 91 FR 17125 (Mar. 31, 2026).

## III. Related Cases

This case has not previously been before this Court or any other court. Counsel is aware of the following cases qualifying as related under Circuit Rule 28(a)(1)(C), both of which were consolidated with Plaintiffs-Appellants' case below: *League of*

*United Latin American Citizens, et al. v. Executive Office of the President, et al.*, No. 26-cv-01132-CJN (D.D.C.), and *National Association for the Advancement of Colored People, et al. v. Trump, et al.*, No. 26-cv-01151-CJN (D.D.C.).

Dated: June 17, 2026

Respectfully submitted,

**ELIAS LAW GROUP LLP**

By: /s/ *Lalitha D. Madduri*

Marc E. Elias
Lalitha D. Madduri
Jacob D. Shelly
Christina Ford
Max Accardi
Kevin R. Kowalewski
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
cford@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler Bishop
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
tbishop@elias.law

*Counsel for Plaintiffs-Appellants DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lalitha D. Madduri
Lalitha D. Madduri