NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 26-5193

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

DSCC, *ET AL.*,

*Plaintiffs-Appellants*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *ET AL.*,

*Defendants-Appellees*.

On Appeal from the
United States District Court for the District of Columbia
Case No. 1:26-cv-01114
Hon. Carl J. Nichols

**STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's order of June 4, 2026, Plaintiffs-Appellants DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries state that they intend to raise the following issues in this proceeding:

1.     Whether Plaintiffs' claims are justiciable.

2.     Whether the President may order federal agencies to match and disclose Americans' personal records to States for use in elections.

3.      Whether the President may order USPS to impose new restrictions on mail voting.

4.      Whether the remaining preliminary injunction factors support the issuance of a preliminary injunction.

Dated: June 17, 2026                    Respectfully submitted,

**ELIAS LAW GROUP LLP**

By: /s/ *Lalitha D. Madduri*

Marc E. Elias
Lalitha D. Madduri
Jacob D. Shelly
Christina Ford
Max Accardi
Kevin R. Kowalewski
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
cford@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler L. Bishop
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
tbishop@elias.law

*Counsel for Plaintiffs-Appellants DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri