No. 26-5193

---

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

DSCC, et al.,

*Plaintiffs-Appellants,*

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

*Defendants-Appellees.*

---

On Appeal From The United States District Court for the District of
Columbia, Case No. 1:26-cv-01114
The Honorable Carl J. Nichols, District Judge, presiding

---

### NOTICE OF INTENT OF WISCONSIN DEMOCRACY CAMPAIGN, INC., EXPO OF WISCONSIN, INC., JALEYCE ORAEDU, JASMINE ORAEDU, AND AHARON SHELEF TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS

---

Jeffrey A. Mandell (D.C. Cir. No. 51474)
Douglas M. Poland*
Rachel E. Snyder*
LAW FORWARD, INC.
222 W. Washington Ave., Ste. 680
Madison, Wisconsin 53703
jmandell@lawforward.org
dpoland@lawforward.org
rsnyder@lawforward.org
608.283.9822

*Application for admission to the D.C. Cir. Ct. of Appeals forthcoming.

In accordance with District of Columbia Circuit Rule 29(b) and Section IX(A)(4) of the Court's *Handbook of Practice and Internal Procedures*, Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef hereby notify the Court of their intent to file a brief as *amici curiae* in this case in support of Plaintiffs-Appellants. All parties have consented to the filing of this brief.

DATED: June 18, 2026

Respectfully submitted,

 /s/ *Jeffrey A. Mandell*
Jeffrey A. Mandell (D.C. Cir. No. 51474)
Douglas M. Poland*
Rachel E. Snyder*
LAW FORWARD, INC.
222 W. Washington Ave., Ste. 680
Madison, Wisconsin 53703
jmandell@lawforward.org
dpoland@lawforward.org
rsnyder@lawforward.org
608.283.9822

*Application for admission to the D.C. Cir. Ct. of Appeals forthcoming.

*Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc. Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*

2

## DISCLOSURE STATEMENT

In accordance with D.C. Circuit Rule 26.1(a), *amici curiae* Wisconsin Democracy Campaign, Inc., and EXPO of Wisconsin, Inc., have no parent corporations, and there are no publicly held corporations that own more than 10% of their stock.

Dated: June 18, 2026

Respectfully submitted,

/s/ *Jeffrey A. Mandell*
Jeffrey A. Mandell

*Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I electronically filed the foregoing Notice of Intent with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this Notice of Intent has been served via the Court's CM/ECF system on all counsel of record.

Dated: June 18, 2026                 Respectfully submitted,

                                     /s/ *Jeffrey A. Mandell*
                                     Jeffrey A. Mandell