# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
————————

**No. 26-5193**　　　　　　　　　　　　**September Term, 2025**

**1:26-cv-01114-CJN**

**Filed On:** July 2, 2026

DSCC, et al.,

　　　　　Appellants

League of United Latin American Citizens, et al.,

　　　　　Appellees

　　　v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

　　　　　Appellees

**BEFORE:**　　Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed the word limits for the reply brief, it is

**ORDERED** that the motion be denied.  "The court disfavors motions to exceed limits on the length of briefs," and appellants have not shown "extraordinarily compelling reasons" warranting an expansion of the word limit.  D.C. Cir. R. 28(e)(1).

### Per Curiam

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　Amy Yacisin
　　　　　　　　　　　　　　Deputy Clerk