# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5193**

**September Term, 2025**

**1:26-cv-01114-CJN**

**Filed On: July 22, 2026** [2184488]

DSCC, et al.,

      Appellants

League of United Latin American Citizens,
et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellees

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
      Michael C. McGrail
      Deputy Clerk